AO450 (Rev. 5/85) Judgment in a Civil Case

U.S. DISTRICT COURT
FILED AT WHEELING, WV

JUN 22 2009

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF  WEST VIRGINIA

DEON WEBB,  Petitioner,

V.

UNITED STATES OF AMERICA,
Respondent.

**JUDGMENT IN A CIVIL CASE**

Case Number:  5:07-CV-27

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.**

IT IS ORDERED AND ADJUDGED

Pursuant to the Memorandum Opinion and Order filed this date in Criminal Action No. 5:04-CR-12, and attached hereto, Affirming and Adopting Magistrate Judge Seibert's Report and Recommendations for Disposition, Petitioner's motion for relief pursuant to 28 U.S.C. § 2255 is DENIED with prejudice, and it is further

    ORDERED that Petitioner's motion for leave to amend his § 2255 Petition is DENIED, and it is further

    ORDERED that Petitioner's motion for leave to conduct discovery is DENIED, and it is further

    ORDERED that this Civil Action is DISMISSED and STRICKEN from the active docket of this Court.

June 22, 2009
Date

WALLY EDGELL, PhD
Clerk

*Sue O. Abraham*
(By) Deputy Clerk